UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| JAMES NELSON WATTS, IV, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5: 17-134-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| STEVE HANEY, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1. The plaintiff's complaint [R. 1] is **DISMISSED WITH PREJUDICE**.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 27th day of February, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge